1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARCO PEREZ,

11              Petitioner,               No. CIV S-09-3367 GEB EFB P

12        vs.

13   DARRELL G. ADAMS,

14              Respondent.               ORDER

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.   He has requested that the court appoint counsel.  There currently exists no

18   absolute right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d

19   453, 460 (9th Cir. 1996).  The court may appointment counsel at any stage of the proceedings "if

20   the interests of justice so require."  *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing

21   Section 2254 Cases.  The court does not find that the interests of justice would be served by the

22   appointment of counsel at this stage of the proceedings.

23        Accordingly, it hereby is ORDERED that petitioner's June 21, 2010 request for

24   appointment of counsel is denied without prejudice.

25   DATED:  June 30, 2010.

26
                          _____
                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE